JOSEPH MICHAEL, Respondent, *v.* CHARLES I. H. GREEN-BAUM, Appellant, Impleaded with Another.

(Argued January 9, 1934; decided January 23, 1934.)

*Meyer D. Siegel* for appellant.

*Julius F. Newman, Milton W. Levy* and *Myron Slater* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.